# ELECTRONIC RECORD

1325-14

COA # 12-13-00185-CR      OFFENSE: 19.02

STYLE: Noble Lee Barrett, Jr. v. The State of Texas      COUNTY: Anderson

COA DISPOSITION: MODIFY/AFFIRMED      TRIAL COURT: 3rd District Court

DATE: 08/27/2014      Publish: NO      TC CASE #: 30867

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Noble Lee Barrett, Jr. v. The State of Texas      CCA #: 1325-14

_____PRO SE_____ Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____

_____REFUSED_____      JUDGE: _____

DATE: _____01/14/2015_____      SIGNED: _____      PC: _____

JUDGE: _____Per Curiam_____      PUBLISH: _____      DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD